

Signed and Filed: June 11, 2010

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
In re                              ) Bankruptcy Case
                                   ) No. 08-30883dm
MICHAEL A. INIGUEZ,                )
                                   )
                     Debtor.       ) Chapter 7
_____)
NERI NORBERTO NORIEGA and INES     ) Adversary Proceeding
MORALES,                           ) No. 08-3089DM
                                   )
                     Plaintiffs,   )
                                   ) Date: July 23, 2010
v.                                 ) Time: 10:00 a.m.
                                   ) Location: Courtroom 22
MICHAEL A. INIGUEZ and MICHELE     ) 235 Pine St.
HERRERA,                           ) San Francisco, CA
                                   )
                     Defendants.   )
_____)
```

ORDER TO SHOW CAUSE RE DISMISSAL

    Plaintiff in the above-entitled action is hereby ordered to appear before Hon. Dennis Montali, at the above-mentioned date, time and location, to show cause why the action should not be dismissed for failure to prosecute. Plaintiff must file with the court and serve on the defendant a response no later than ten (10) days before the hearing.

    This adversary proceeding will be dismissed and the hearing vacated unless plaintiff timely files a written response to this order with the court and serves defendant. If plaintiff fails to

appear at the hearing, the adversary proceeding will be dismissed. Defendant must appear at the hearing <u>only</u> if served with plaintiff's written response.  Parties desiring to appear by telephone should contact the judge's courtroom deputy, Ms. Lorena Parada (415-268-2323), to arrange a telephone conference.

**END OF ORDER**